■ NOVAK & CO., INC., Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about May 30, 1989, unanimously affirmed, for the reasons stated by Karla Moskowitz, J., without costs and without disbursements. Concur—Murphy, P. J., Sullivan, Carro, Kassal and Wallach, JJ.